JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>HAZELDEN BETTY FORD FOUNDATION, and DOES 1 through 20, inclusive,<br>    Defendants. | CASE NO.: 5:17-cv-2523-JVS-SHK<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. James V. Selna<br><br>Removal Filed: December 17, 2017<br>FAC Filed: January 17, 2018 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5:17-cv-02523-JVS-SHK     1     [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL

Pursuant to the parties' stipulation, the entire action is dismissed with prejudice. Each party shall bear their own costs, including any possible fees or other expenses of litigation.

**IT IS SO ORDERED.**

Dated: October 30, 2018         By: /s/ James V. Selna
                                    Hon. James V. Selna, Judge
                                    United States District Court

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**CASE NAME:** JANE DOE vs. HAZELDEN BETTY FORD FOUNDATION, ET AL.

**CASE NUMBER:** 5:17-cv-2523

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 Spectrum Center Drive, Suite 500, Irvine, CA 92618.

On October 29, 2018, I served the foregoing document(s) described as:

**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Megan Beaman<br>Beaman Law<br>73733 Fred Waring Drive, Suite 203<br>Palm Desert, CA 92260 | Attorneys for Plaintiff<br>Jane Doe<br><br>Phone : (760) 698-9626<br>Email : megan@beaman-law.com |
| Rahul Sethi<br>Sethi Law Firm<br>5015 Eagle Rock Blvd., Suite 202<br>Los Angeles, CA 90041 | Attorneys for Plaintiff<br>Jane Doe<br><br>Phone : (213) 254-2454<br>Email : rsethi@sethilawfirm.com |

**[X]** **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**[X]** **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2018, at Irvine, California.

*/s/ Debbie Neforos*
Debbie Neforos

4850-3218-7001, v. 1